This case assigned to District Judge Holmes
and to Magistrate Judge Deere



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 20 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

3:12 cv 148 JLH

| | | |
|---|---|---|
| ARNELL NIGHTINGALE | | PLAINTIFF |
| V. | NO. CV-2012-109 | |
| SAFECO INSURANCE COMPANY OF AMERICA | | DEFENDANT |

## NOTICE OF REMOVAL

Comes now Defendant, Safeco Insurance Company of America (hereinafter, "Safeco"), and for its removal of this action pursuant to 28 U.S.C. §§ 1441, *et seq.*, states:

1. On or about February 14, 2012, a civil action was commenced against Safeco in a Circuit Court of Craighead County, Western District, Civil Division, Arkansas, styled *Arnell Nightingale v. Safeco Insurance Company of America*, CV-2012-109.

2. Safeco was served a copy of the Summons and Complaint in that action on June 12, 2012. A copy of the Summons and Complaint, served upon Safeco is attached hereto. Safeco timely filed an Answer to the Complaint, which is also attached.

3. The pleadings which are referred to in the preceding paragraphs constitute the only process, pleadings, or other filings in the Craighead County action.

4. Plaintiff is a resident and citizen of the State of California.

5. Safeco is a corporation with its principle place of business in a state other than California, and which is incorporated in a state other than California.

6. There is complete diversity of citizenship between Plaintiff and Safeco. Pursuant to Plaintiff's Complaint, the amount in controversy exceeds $75,000.00. This Court, therefore, has original jurisdiction, pursuant to 28 U.S.C. § 1332.

7. This Court has removal jurisdiction pursuant to 28 U.S.C. § 1441(a).

8. This Notice of Removal is filed within thirty days of the service of the Summons and Complaint upon Safeco. The action is therefore properly removed, pursuant to 28 U.S.C. § 1446.

9. Safeco has this date given written notice of the filing of this Notice of Removal to Plaintiff, as is required by 28 U.S.C. § 1446(d), as well as to the Circuit Court of Craighead County, as required by 28 U.S.C. § 1446(d).

WHEREFORE, premises considered, Defendant, Safeco Insurance Company of America, requests this action proceed in this Court on the basis of this removal, that the Court assume jurisdiction of this case through resolution, and for such other further relief as authorized at law.

Respectfully submitted,

WATTS, DONOVAN & TILLEY, P.A.
200 RIVER MARKET AVENUE, SUITE 200
LITTLE ROCK, AR 72201-1769
(501) 372-1406
(501) 372-1209 FAX

By: _____
MICHAEL MCCARTY HARRISON (98201)
JIM TILLEY (80148)

## CERTIFICATE OF SERVICE

I, Michael McCarty Harrison, hereby certify that a copy of the above and foregoing pleading was mailed to all attorneys of record as listed below on June 19, 2012.

Mr. Scott Emerson
Attorney at Law
P.O. Box 1872
Jonesboro, AR 72403

_____
MICHAEL MCCARTY HARRISON

IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

S U M M O N S

ARNELL NIGHTINGALE                                                                                           PLAINTIFF

VS.                                                              NO. CV-2012- 169

SAFECO INSURANCE COMPANY OF AMERICA                                                   DEFENDANT

Plaintiff's Attorney:    Scott Emerson
                         SCOTT EMERSON, P.A.
                         P. O. Box 1872
                         Jonesboro, AR 72403

THE STATE OF ARKANSAS TO DEFENDANT:    Safeco Insurance Company of America

N O T I C E

1. You are hereby notified that a lawsuit has been filed against you; the relief asked is stated in the attached Petition for Contempt.

2. The attached Petition will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the motion unless you file a pleading and thereafter appear and present your defense. Your pleading or answer must meet the following requirements:

   A. It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.

   B. It must be filed in the Court Clerk's office within __30__ days from the day you were served with this summons.

3. If you desire to be represented by an attorney, you should immediately contact your attorney so that an answer can be filed for you within the time allowed.

4. Additional Notices:

WITNESS my hand and seal of the Court this __14__ day of February, 2012.

Address of Clerk's Office:          ANN HUDSON
511 S. Main Street
Jonesboro, AR 72401                 By: _Belinda Garrison_ D.C.

RECEIVED
JUN 01 2012
LEGAL
ARKANSAS INSURANCE DEPT.

IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

ARNELL NIGHTINGALE                                    PLAINTIFF

VS.                          NO. CV-2012-109

SAFECO INSURANCE COMPANY
OF AMERICA                                            DEFENDANT

## COMPLAINT

Comes the Plaintiff, Arnell Nightingale, by and through her attorney, Scott Emerson, P.A., and for her cause of action against the Defendant, Safeco Insurance Company of America, states:

1. That the Plaintiff is a resident and citizen of the State of California. Safeco Insurance Company of America is an insurance company authorized to conduct business in the State of Arkansas.

2. That this Court has jurisdiction over this cause of action and the parties thereto, and venue is proper herein, inasmuch as the underlying facts of this claim arise from a motor vehicle accident which occurred in Jonesboro, Arkansas.

3. That on or about October 17, 2004, the Plaintiff was involved in an automobile accident with Denise Webb in Jonesboro, Arkansas. At that time, the Plaintiff was lawfully proceeding in a westerly direction on Alexander Street in Jonesboro, approaching the intersection with Arkansas Highway 226/Woodsprings Road when Ms. Webb, east bound on Alexander, turned north onto Arkansas Highway 226/Woodsprings Road, negligently crossing in front of the Plaintiff, and causing the accident.

4. That Denise Webb was negligent in causing the accident in the following

particulars, to wit:

(a) failure to keep a proper lookout;

(b) failure to keep her motor vehicle under proper control;

(c) failure to yield the right of way; and

(d) failure to drive as a reasonable person under the circumstances.

5. That the Plaintiff suffered injuries as a result of the negligence of the accident, including but are not limited to, medical and hospital bills, past and future, permanent injury, pain and suffering, mental anguish, emotional distress, and lost earnings.

6. That the negligence of Denise Webb proximately caused all injuries and/or damages incurred by the Plaintiff.

7. That Denise Webb was an underinsured motorist inasmuch as the policy of liability insurance she had only had limits of $25,000.00 per person, and the damages and/or injuries to the Plaintiff far exceed such limits.

8. That the Defendant, Safeco Insurance, issued a motor vehicle policy to the Plaintiff's husband, David Nightingale, being policy # A2037857.

9. That one of the coverages applicable to the Plaintiff was underinsured motorist coverage, with there being a limit of $100,000.00 per person.

10. That the Plaintiff was an insured under the terms of the policy.

11. That Denise Webb was an underinsured motorist as that term is commonly known and as defined by law, as the limits of her liability coverage were less than the Plaintiff's damages proximately caused by Ms. Webb's negligence.

12. That the Plaintiff settled the underlying liability claim with the insurer of Ms. Webb on or about June 6, 2007, receiving the full liability policy limits of $25,000.00

allowable under Ms. Webb's policy. Such settlement was with the full knowledge and permission of the Defendant. Despite such settlement, the injuries of the Plaintiff are severe enough that the Plaintiff was not fully compensated for her injuries and damages resulting from the wreck, and she brings this action for compensation under the express terms of her own written policy.

13. That the Plaintiff prays for a judgment for $100,000.00, as damages to compensate her for all injuries and/or damages she sustained in the accident.

14. That additionally the Plaintiff prays for 12% penalty, interest and attorney's fees.

15. That the Plaintiff prays for a trial by jury on all issues of fact.

WHEREFORE, Plaintiff, Arnell Nightingale, prays that the Court grant her relief as follows:

(a) for a judgment from and against Defendant, Safeco Insurance, for compensatory damages in the amount of $100,000.00;

(b) for 12% penalty, costs and attorney's fees; and

(c) for all other proper relief to which this Plaintiff may be entitled.

*SCOTT EMERSON, P.A.*
P. O. Box 1872
Jonesboro, AR 72403
(870) 275-4230

By: _____
Scott Emerson, #83062
*Attorney for Plaintiff*

IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

ARNELL NIGHTINGALE                                                            PLAINTIFF

V.                              NO. CV-2012-109

SAFECO INSURANCE COMPANY
OF AMERICA                                                                    DEFENDANT

## ANSWER TO PLAINTIFF'S COMPLAINT

Comes now Defendant, Safeco Insurance Company of America (hereinafter, "Safeco"), by and through its attorneys, Watts, Donovan & Tilley, P.A., and for its Answer to Plaintiff's Complaint, herein states:

1.  Safeco admits the allegations contained in paragraph numbers 1, 2, 3 and 4 of Plaintiff's Complaint.

2.  Safeco admits the allegations contained in paragraph number 5 of Plaintiff's Complaint that Plaintiff was injured as a result of the negligence of Denise Webb and incurred past medical and hospital bills as a result thereof. Safeco generally and specifically denies the remaining allegations contained in paragraph number 5 of Plaintiff's Complaint.

3.  Safeco generally and specifically denies the allegations contained in paragraph numbers 6 and 7 of Plaintiff's Complaint.

4.  Safeco admits the allegations contained in paragraph numbers 8, 9 and 10 of Plaintiff's Complaint.

5. Safeco generally and specifically denies the allegations contained in paragraph number 11 of Plaintiff's Complaint.

6. Safeco admits the allegations contained in paragraph number 12 of Plaintiff's Complaint that Plaintiff settled her underlying liability claim with the insurer of Denise Webb on or about June 6, 2007, for its liability policy limits of $25,000.00 and that such settlement was with the full knowledge and permission of Safeco. Safeco generally and specifically denies the remaining allegations contained in paragraph number 12 of Plaintiff's Complaint.

7. Safeco generally and specifically denies the allegations contained in paragraph numbers 13 and 14 of Plaintiff's Complaint.

8. Safeco joins in Plaintiff's request for a trial by jury of all disputed issues of fact, contained in paragraph number 15 of Plaintiff's Complaint.

9. All allegations contained in Plaintiff's Complaint not specifically admitted herein, are hereby generally and specifically denied.

10. Pleading affirmatively, Safeco states one or more of the following affirmative defenses applies and acts in bar of and/or in diminution in value of Plaintiff's claim for damages: accord and satisfaction, expiration of the applicable statute of limitations, offset and waiver.

11. Plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(4) of the Arkansas and Federal Rules of Civil Procedure for insufficiency of service. *Id.*

12.     Plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(5) of the Arkansas and Federal Rules of Civil Procedure for insufficiency of service of process. *Id.*

WHEREFORE, premises considered, Defendant, Safeco Insurance Company of America, prays this Court enter its Order holding Plaintiff's Complaint for naught, for its costs and attorneys' fees and for all other just and proper relief to which it may show itself entitled.

Respectfully submitted,

WATTS, DONOVAN & TILLEY, P.A.
200 RIVER MARKET AVENUE, SUITE 200
LITTLE ROCK, AR 72201-1769
(501) 372-1406
(501) 372-1209 FAX

By: _____
MICHAEL MCCARTY HARRISON (98201)
JIM TILLEY (80148)

## CERTIFICATE OF SERVICE

I, Michael McCarty Harrison, hereby certify that a copy of the above and foregoing pleading was mailed to all attorneys of record as listed below on June 19, 2012.

Mr. Scott Emerson
Attorney at Law
P.O. Box 1872
Jonesboro, AR 72403

_____
MICHAEL MCCARTY HARRISON