IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

ARNELL NIGHTINGALE                               PLAINTIFF

VS.                     NO. CV-2012-109

SAFECO INSURANCE COMPANY
OF AMERICA                                         DEFENDANT

## COMPLAINT

Comes the Plaintiff, Arnell Nightingale, by and through her attorney, Scott Emerson, P.A., and for her cause of action against the Defendant, Safeco Insurance Company of America, states:

1. That the Plaintiff is a resident and citizen of the State of California. Safeco Insurance Company of America is an insurance company authorized to conduct business in the State of Arkansas.

2. That this Court has jurisdiction over this cause of action and the parties thereto, and venue is proper herein, inasmuch as the underlying facts of this claim arise from a motor vehicle accident which occurred in Jonesboro, Arkansas.

3. That on or about October 17, 2004, the Plaintiff was involved in an automobile accident with Denise Webb in Jonesboro, Arkansas. At that time, the Plaintiff was lawfully proceeding in a westerly direction on Alexander Street in Jonesboro, approaching the intersection with Arkansas Highway 226/Woodsprings Road when Ms. Webb, east bound on Alexander, turned north onto Arkansas Highway 226/Woodsprings Road, negligently crossing in front of the Plaintiff, and causing the accident.

4. That Denise Webb was negligent in causing the accident in the following

particulars, to wit:

(a) failure to keep a proper lookout;

(b) failure to keep her motor vehicle under proper control;

(c) failure to yield the right of way; and

(d) failure to drive as a reasonable person under the circumstances.

5. That the Plaintiff suffered injuries as a result of the negligence of the accident, including but are not limited to, medical and hospital bills, past and future, permanent injury, pain and suffering, mental anguish, emotional distress, and lost earnings.

6. That the negligence of Denise Webb proximately caused all injuries and/or damages incurred by the Plaintiff.

7. That Denise Webb was an underinsured motorist inasmuch as the policy of liability insurance she had only had limits of $25,000.00 per person, and the damages and/or injuries to the Plaintiff far exceed such limits.

8. That the Defendant, Safeco Insurance, issued a motor vehicle policy to the Plaintiff's husband, David Nightingale, being policy # A2037857.

9. That one of the coverages applicable to the Plaintiff was underinsured motorist coverage, with there being a limit of $100,000.00 per person.

10. That the Plaintiff was an insured under the terms of the policy.

11. That Denise Webb was an underinsured motorist as that term is commonly known and as defined by law, as the limits of her liability coverage were less than the Plaintiff's damages proximately caused by Ms. Webb's negligence.

12. That the Plaintiff settled the underlying liability claim with the insurer of Ms. Webb on or about June 6, 2007, receiving the full liability policy limits of $25,000.00

allowable under Ms. Webb's policy. Such settlement was with the full knowledge and permission of the Defendant. Despite such settlement, the injuries of the Plaintiff are severe enough that the Plaintiff was not fully compensated for her injuries and damages resulting from the wreck, and she brings this action for compensation under the express terms of her own written policy.

13. That the Plaintiff prays for a judgment for $100,000.00, as damages to compensate her for all injuries and/or damages she sustained in the accident.

14. That additionally the Plaintiff prays for 12% penalty, interest and attorney's fees.

15. That the Plaintiff prays for a trial by jury on all issues of fact.

WHEREFORE, Plaintiff, Arnell Nightingale, prays that the Court grant her relief as follows:

(a) for a judgment from and against Defendant, Safeco Insurance, for compensatory damages in the amount of $100,000.00;

(b) for 12% penalty, costs and attorney's fees; and

(c) for all other proper relief to which this Plaintiff may be entitled.

*SCOTT EMERSON, P.A.*
P. O. Box 1872
Jonesboro, AR 72403
(870) 275-4230

By: _____
Scott Emerson, #83062
*Attorney for Plaintiff*