# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ARNELL NIGHTINGALE**                                                                 **PLAINTIFF**

V.                                    **3:12CV00148 JMM**

**SAFECO INSURANCE COMPANY**
**OF AMERICA**                                                                           **DEFENDANT**

## ORDER

Pending before the Court is the Defendant's motion to dismiss or in the alternative transfer the case to the United States District Court for the Northern District of California. The Plaintiff agrees to the transfer of the case to California because the California court will be a more appropriate and convenient forum.

For the reasons set forth by the parties, the motion to transfer the case to the United States District Court for the Northern District of California (Docket # 7) is GRANTED in part. The Clerk is directed to transfer the case to the Clerk of the Court for the United States District Court for the Northern District of California forthwith.

IT IS SO ORDERED this 30th day of August, 2012.


_____
James M. Moody
United States District Judge